1268

Present—Scudder, P.J., Smith, Centra and Gorski, JJ. (Filed Jan. 31, 2012.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALEEM K. ALI, Appellant. [938 NYS2d 495]
Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.

COLLEEN O'BRIEN, Respondent-Appellant, v LARRY J. BAINBRIDGE et al., Appellants-Respondents. (Appeal No. 1.) [938 NYS2d 495]
Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.

COLLEEN O'BRIEN, Respondent-Appellant, v LARRY J. BAINBRIDGE et al., Appellants-Respondents. (Appeal No. 2.) [938 NYS2d 495]
Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM DOWDELL, Appellant. [938 NYS2d 495]
Present—Fahey, J.P., Sconiers, Gorski and Martoche, JJ. (Filed Jan. 31, 2012.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT CASS, Respondent, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, Appellant. [938 NYS2d 495]

Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ. (Filed Jan. 31, 2012.)

In the Matter of MICHAEL MELENDEZ, Appellant, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, et al., Respondents. [937 NYS2d 911]
Present—Peradotto, J.P., Carni, Lindley and Sconiers, JJ.

In the Matter of JEFFREY THRALL, Respondent, v CNY CENTRO, INC., et al., Appellants. (Appeal No. 1.) [938 NYS2d 494]—
Present—Peradotto, J.P., Carni, Lindley and Sconiers, JJ.

In the Matter of JEFFREY THRALL, Respondent, v CNY CENTRO, INC. and CENTRAL NEW YORK REGIONAL TRANSPORTATION AUTHORITY, Appellants. (Appeal No. 2.) [938 NYS2d 494]—
Present—Peradotto, J.P., Carni, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE A. WEBB, Appellant. [937 NYS2d 911]